AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:24mj275 CMR |
| WICLIFF YVES FLEURIZARD | ) | |
| *Defendant* | ) | |

FILED
2024 MAR 22 PM 3:37
CLERK
U.S. DISTRICT COURT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   WICLIFF YVES FLEURIZARD,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2199   Stowaways on Vessels or Aircraft

Date: 03/18/2024

*Issuing officer's signature* — Cecilia M. Romero

City and state:   Salt Lake City, Utah

Cecilia M. Romero, Magistrate Judge, District of Utah
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/18/24, and the person was arrested on *(date)* 3/21/24
at *(city and state)* _____.

Date: 3/21/24

*Arresting officer's signature*

A. Desmond Dusm
*Printed name and title*