TRINA A. HIGGINS, United States Attorney (#7349)
MARGOT JOHNSON, Assistant United States Attorney (#16513)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:24-mj-00275 |
| Plaintiff, | : | |
| | : | NOTICE OF WITHDRAWAL |
| vs. | : | |
| WICLIFF YVES FLERUIZARD, | : | Magistrate Judge Cecilia M. Romero |
| Defendant. | : | |

_____

Comes now the United States by and through the undersigned Assistant United States Attorney and hereby gives notice that Margot Johnson, Assistant United States Attorney, is to be removed as counsel for the United States in the above captioned matter.

Dated this 10th day of May 2024.

                                                TRINA A. HIGGINS
                                              United States Attorney


                                              */s/ Margot Johnson*
                                              MARGOT JOHNSON
                                              Assistant United States Attorney